**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JASON ROBERTS, | |
|    Plaintiff, | CIVIL ACTION NO. 3:11-2029 |
|       v. | |
| NRA GROUP, LLC d/b/a NATIONAL RECOVERY AGENCY, | (JUDGE CAPUTO) |
|    Defendant. | |

## ORDER

**NOW**, this 10th day of August, 2012, **IT IS HEREBY ORDERED** that:

(1) Defendant NRA Group, LLC's Motion for Summary Judgment (Doc. 11) is **GRANTED**.

(2) Plaintiff Jason Roberts' Cross-Motion for Summary Judgment (Doc. 16) is **DENIED**.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

                                            /s/ A. Richard Caputo
                                            A. Richard Caputo
                                            United States District Judge